# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WEI WANG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:19-CV-3193 NAB |
| NESTLE PURINA PETCARE GLOBAL RESOURCES, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER

Upon the filing of the Plaintiff's Notice of Voluntary Dismissal filed on February 5, 2020,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED without prejudice**.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of February, 2020.