# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMOND CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-01323-NAB |
| | ) | |
| HILLSBORO TREATMENT, CENTER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Kenyetta Garth's Motion for Leave to File Out of Time Initial Disclosures. (Doc. 33.) Defendant Garth is the remaining defendant in this Section 1983 case brought by self-represented Plaintiff Jamond Carter. Pursuant to the Case Management Order entered on March 22, 2021, Plaintiff and Defendant's respective Initial Disclosures were due by April 21, 2021. (Doc. 32.) In Defendant's motion, she explains additional time is needed due to a clerical error. She further states that Plaintiff will not be prejudiced, as he has not filed his initial disclosures by the April 21, 2021 deadline. Defendant attaches her Initial Disclosures to her motion.

This Court's Local Rule 3.02 states in relevant part:

Rule 3.02 (FRCP 26) Filing of Discovery and Disclosure Materials.
(A) In civil actions, discovery and disclosure materials pursuant to Fed.R.Civ.P. 26, 30, 31, 33, 34, 35, and 36, and the certificates of their service, shall not be filed with the Court except as exhibits to a motion or memorandum.

L.R. 3.02(A). Pursuant to Local Rule, the Court will deny Defendant's request for leave to file her initial disclosures with the Court. However, construing the motion as seeking an extension of time to serve initial disclosures, the Court will grant this request. The parties, including Plaintiff, have

until May 31, 2021 to serve their initial disclosures.  Plaintiff is reminded that the contents of his initial disclosures should include the information described in the Case Management Order (Doc. 32), including that Plaintiff must submit to Defendant's counsel: (A) a list, including addresses, of all persons having knowledge or information of the facts giving rise to Plaintiff's claim; and (B) all documents that Plaintiff believes mention, relate to, or in any way support Plaintiff's claim. (Doc. 32 at ¶ 3.)

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Out of Time Initial Disclosures is **DENIED** in part and **GRANTED** in part. (Doc. 33.) The motion is **DENIED** to the extent Defendant seeks to file disclosures with the Court. The motion is **GRANTED** to the extent Defendant seeks leave to serve initial disclosures out of time.

**IT IS FURTHER ORDERED** that the parties must serve their Initial Disclosures no later than **May 31, 2021**. The Initial Disclosures should include the information set forth in Paragraph 3 of the Case Management Order.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of April, 2021.